**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
  E-Mail: Alex.Graft@lewisbrisbois.com
SALAYHA K. GHOURY, SB# 315392
  E-Mail: Salayha.Ghoury@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for FRESHBYTE SOFTWARE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRIGHETTO PRODUCE. INC., dba SHASTA PRODUCE, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FRESH BYTE SOFTWARE. LLC, dba FRESHBYTE SOFTWARE, a Texas limited liability company,<br><br>Defendant. | Case No. 3:23-cv-01250-AMO<br><br>**ORDER GRANTING TRANSFER OF THIS ACTION TO THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION** |

Pursuant to the Stipulation of the plaintiff ANDRIGHETTO PRODUCE. INC., dba SHASTA PRODUCE and defendant FRESH BYTE SOFTWARE. LLC, dba FRESHBYTE SOFTWARE, the case shall be transferred to the District Court for the Southern District of Texas – Houston Division. All Parties to bear their own attorneys' fees and costs with respect to the transfer of the Action pursuant to this Stipulation.

**This case is transferred pursuant to 28 U.S.C. § 1404(a).**

DATED: May 17, 2023

By: _____
  Honorable Araceli Martínez-Olguín
  United States District Judge